# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT SAMUEL CUTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  CIV-21-1116-J |
| | ) |
| CHRISTOPHER BLEDSOE FARMS, L.L.C., | ) |
| a domestic limited liability company; | ) |
| CODY CHRISTOPHER BLEDSOE, | ) |
| individually, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS CHRISTOPHER BLEDSOE FARMS, L.L.C. AND CODY CHRISTOPHER BLEDSOE'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Christopher Bledsoe Farms, L.L.C. and Cody Christopher Bledsoe ("Defendants") file this Notice of Removal of this case from the District Court of Cleveland County, State of Oklahoma. Defendants state the following in support:

1. On August 24, 2021, Plaintiff Robert Samuel Cutrell filed a Petition in the District Court of Cleveland County, Oklahoma, captioned *Robert Samuel Cutrell v. Christopher Bledsoe Farms, L.L.C. and Cody Christopher Bledsoe,* Case No. CJ-2021-768 ("State Court Action"). *Ex. 1, Petition*.

2. On or about October 9, 2021, Defendant Christopher Bledsoe Farms, L.L.C. was served the Summons and Petition in the State Court Action via registered mail, return receipt requested through its officer, Gayle L. Bledsoe. *Ex. 2, Christopher Bledsoe Farms L.L.C. Affidavit Of Service; Ex. 3, Summons Cody Christopher Bledsoe Farms, L.L.C.*

3. On October 24, 2021, Defendant Cody Christopher Bledsoe ("Bledsoe") was served the Summons and Petition in the State Court Action via process server. *Ex. 4, Returned Summons Cody Christopher Bledsoe*.

4. Defendant Cody Bledsoe is filing this Notice of Removal within thirty (30) days after receipt of the Petition; therefore, the time period authorized for removal by 28 U.S.C. § 1446(b) has not yet expired.

5. Defendant Christopher Bledsoe Farms, L.L.C. expressly consents to and joins this Notice of Removal for the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(C). Removal is therefore proper pursuant to 28 U.S.C. § 1446(b)(2)(A) because all Defendants who have been properly joined and served consent to removal to this Court.

6. Plaintiff is a citizen of Moore, Cleveland County, State of Oklahoma. *Ex. 5, Official Oklahoma Traffic Collision Report*. Defendant Christopher Bledsoe Farms, L.L.C. is a Missouri Limited Liability Company whose members are citizens of the State of Missouri. *Ex. 6, Articles of Organization*. Defendant Cody Christopher Bledsoe is a citizen of Eldon, Miller County, State of Missouri. *Ex. 5, Official Oklahoma Traffic Collision Report*. Therefore, complete diversity exists among the parties.

7. In addition to complete diversity, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, establishing this case is properly removed per 28 U.S.C. §§ 1332, 1441, and 1446. Specifically, Plaintiff asserts in the Petition he seeks "in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code." *Ex. 1, Petition, p. 2*.

8.      The United States District Court for the Western District of Oklahoma is the appropriate court for filing a Notice of Removal from the court where the State Court Action is pending, the Oklahoma District Court for Cleveland County, State of Oklahoma, is located within the Western District of Oklahoma. Accordingly, Defendants seek to remove the State Court Action to this Court.

9.      Defendants will file a copy of the Notice of Removal with the State Court and provide written notice to all counsel of record upon receiving the federally-filed Notice of Removal in accordance with 28 U.S.C. § 1446(d).

10.     Per 28 U.S.C. § 1446 and LCvR 81.2, copies of the court docket sheet and all responses, replies, or other papers filed and/or served in the State Court Action, Cleveland County District Court Case No. CJ-2021-768, are attached hereto. *Ex. 7, Docket Sheet; Ex. 1, Petition, Ex. 2, Christopher Bledsoe Farms L.L.C. Affidavit Of Service, Ex. 3, Summons Cody Christopher Bledsoe Farms, L.L.C., Ex. 4, Returned Summons Cody Christopher Bledsoe, Ex. 8, Entry of Appearance by Larry E. Finn on Behalf of the Plaintiff, and Ex. 9, Defendant Christopher Bledsoe Farms LLC's Answer To Plaintiff's Petition.*

11.     This cause of action is removable to the United States District Court for the Western District of Oklahoma per 28 U.S.C. §§ 1441(a) and (b) and all other applicable statutes.

Respectfully submitted,

s/Myriah S. Downs
Derrick T. DeWitt, OBA #18044
Myriah S. Downs, OBA #32381
DEWITT PARUOLO & MEEK, P.L.LC.
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
dewitt@46legal.com
mdowns@46legal.com
***Attorneys for Defendants Christopher Bledsoe Farms, L.L.C. and Cody Christopher Bledsoe***

## CERTIFICATE OF SERVICE

This is to certify November 23, 2021, a true and correct copy of the above and foregoing was mailed, postage prepaid, to:

Larry E. Finn, OBA #31551
PARRISH DEVAUGHN, PLLC
7 Mickey Mantle, Second Floor
Oklahoma City, OK 73104
T: (405) 444-4444
F: (405) 232-0058
larry@parrishdevaughn.com
***Attorney for Plaintiff***

s/Myriah S. Downs