

# IN THE DISTRICT COURT OF CLEVELAND COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY }
**FILED**
AUG 24 2021
In the office of the
Court Clerk MARILYN WILLIAMS

ROBERT SAMUEL CUTRELL, )
)
    Plaintiff, )
)
v. )   Case No. CJ-2021-768
)
CHRISTOPHER BLEDSOE FARMS, )   JV
L.L.C, a domestic limited liability company; )
CODY CHRISTOPHER BLEDSOE, )
individually, )
)
)
    Defendants, )

## PETITION

COMES NOW, Plaintiff, Robert Samuel Cutrell, and for his cause of action against Defendants, Cody Christopher Bledsoe and Christopher Bledsoe Farms L.L.C., alleges and states as follows:

1. On or about May 25, 2021, at I-35 Southbound and SH-9 East, Cody Christopher Bledsoe was reckless, grossly negligent, negligent, and negligent in the operation of a motor vehicle while in the course and scope of employment and/or agency and/or joint mission for Christopher Bledsoe Farms L.L.C. and, as a result, caused personal injuries to Plaintiff.

2. Christopher Bledsoe Farms L.L.C. is vicariously liable for damages caused by Cody Christopher Bledsoe. Christopher Bledsoe Farms L.L.C. is also liable for its negligent entrustment of its vehicle to Cody Christopher Bledsoe, for its negligent hiring and training of Cody Christopher Bledsoe, and for negligently retaining Cody Christopher Bledsoe.

3. As a direct result of said negligence, Plaintiff sustained personal injuries resulting in the following elements of damage: both past and future pain and suffering, disability, medical expenses, both past and future loss of income, and loss of quality and enjoyment of life.

WHEREFORE, Plaintiff demands judgment against Defendants in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code and for any and all further relief that Plaintiff may be entitled in law and equity, including punitive damages, if appropriate.

Respectfully Submitted,

**ATTORNEY'S LIEN CLAIMED**
**JURY TRIAL DEMANDED**

Larry E. Finn, OBA 31551
PARRISH DEVAUGHN, PLLC
7 Mickey Mantle, Second Floor
Oklahoma City, OK 73104
405-444-4444
405-232-0058 (f)
Larry@parrishdevaughn.com
*Attorneys for Plaintiff*